# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### *Hearing Information:*

**Debtor:** JELITZA AMAEZ ORTIZ
**Case Number:** 15-05938-ESL13                                    **Chapter:** 13
**Date / Time / Room:** 07/27/2016 02:00 pm osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MARITZA FEIJOO
**Reporter / ECR:** CYBELLE HERNANDEZ

### *Matter:*

Doc# 69 Amended Plan Dated 07/26/2016

### *Appearances:*

JOSE RAMON CARRION MORALES     *M. Arguelles*
JESUS ENRIQUE BATISTA SANCHEZ     *Carolina Rivera*

### *Proceedings:*

ORDER:

__X__ (Amended) plan dated 7/76/16 [Docket no. 69 ] ___ CONFIRMED  ___ NOT CONFIRMED  _X_ LBR 3015 .     *— for reason stated orally and in report (#70).*

____ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No._____ ], is hereby _____ granted  _____denied.

____ Movant's application to withdraw motion is hereby granted.  Re: Docket No. _____

____ Upon debtor[s]' failure to: ____ to appear at the 341 meeting of creditors, ____ make current payments to the Chapter 13 trustee, ____ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ____ balance up to balance of fee to debtor[s]' attorney.

____ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ____ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.  The Chapter 13 trustee is awarded $100.00 costs.

____ Debtor[s]' request for dismissal is hereby granted.  The Chapter 13 trustee is awarded $100.00 costs.

____There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ____ ] is hereby granted.

____ The parties are granted ____ days to file a settlement agreement.

____Hearing on Confirmation/Contested Matter is continued to: _____

____Attorney's Fees:$3,000.00; Other:_____

*Debtor shall show cause
why the case should not
be dismissed, without
prejudice, for having been
filed in the district not
being the proper venue, 78 usc 1408,
within 30 days.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge