## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:                                                    Case No. 15-05938

JELITZA AMAEZ ORTIZ                        Chapter 13

    Debtor(s)
_____/

### MOTION REQUESTING AN EXTENSION OF TIME
### TO ANSWER RULE 3015 ORDER.

**TO THE HONORABLE COURT**:

COMES now Debtor, by the undersigned attorney, and very respectfully Alleges, States and Prays:

1. On July 26, 2016, Debtor filed an Amended Chapter 13 Plan.

2. On August 1, 2016, this Honorable Court Ordered that the LBR 3015, applied to Debtor.

3. The Debtor is in the process of gathering the documents necessary to respond to said Order, therefore, the Debtor respectfully requests a 3 days' extension of time to response to the 3015 Order.

4. This request for an extension of time is not filed with the intent to delay the instant proceeding.

**RESPECTFULLY SUBMITTED** this 7th day of September 2016.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**THE BATISTA LAW GROUP, PSC.**
Cond. Mid-Town Center
421 Ave. Munoz Rivera; Suite #901
San Juan, PR. 00918
Telephone: (787) 303-0325
Facsimile: (787) 777-1589
E-mail: jesus.batista@batistalawgroup.com
Counsel for Debtor
/s/ Jesus E. Batista Sanchez, Jr.
JR., USDC # 227014