IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JELITZA AMAEZ ORTIZ

XXX-XX-0939

Debtor(s)

CASE NO. 15-05938 ESL

Chapter 13

**FILED & ENTERED ON 9/15/2016**

ORDER

The trustee is to state position within twenty-one (21) days as to Debtor's Response to Court Order to Show Cause filed on 9/12/2016 (Docket No. 79).

SO ORDERED.

San Juan, Puerto Rico, this 15 day of September, 2016.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

cc: DEBTOR(S)
JESUS ENRIQUE BATISTA SANCHEZ
JOSE RAMON CARRION MORALES
US TRUSTEE